933 A.2d 650

Eugene WATSON, Appellant,

v.

COMMONWEALTH of Pennsylvania, Pennsylvania
Board of Probation and Parole, Appellee.

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the order of the Commonwealth Court is AFFIRMED.

Justice FITZGERALD would grant oral argument.